UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

    v.                              :       NOTICE OF INTENT
                                            TO FILE AN INFORMATION
JESUS GUTIERREZ,                :
    a/k/a "Chuy,"
    a/k/a "Chuito,"             :

        Defendant.         :   **08 CRIM 662**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        June 19, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

              By:   _____
                      Jenna M. Dabbs
                      Assistant United States Attorney

                    AGREED AND CONSENTED TO:

              By:   _____
                    Glenn A. Garber, Esq.
                    Attorney for Jesus Gutierrez